UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:06-CV-100-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| $10,495.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

This matter is before the court upon Government's Motion for Default Judgment [DE-14]. Based upon the record, the court finds:

1. That process was duly issued in this case and that the defendant duly was seized by the U.S. Marshals Service pursuant to said process;

2. That Solomon Odunaike and Emmanual Maduike filed Verified Notices of Claim of Ownership, but never filed an Answer to the Complaint as required;

3. That the allegations of the Complaint in respect to the defendant are taken as admitted.

Based upon the above findings, it is hereby ORDERED:

1. That the Government's Motion for Default Judgment is ALLOWED.

2. That all persons claiming any right, title or interest in or to the said defendant are held in default.

3. That the said defendant is hereby forfeited to the United States of America.

4. That the U. S. Marshals Service hereby is directed to dispose of the defendant according to the law.

SO ORDERED.

This the 6^ day of May, 2008.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge